UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEANN CAMPBELL, | ) | CASE NO. 5:21CV1780 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On October 5, 2022, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 15) recommending that the Court REVERSE the decision of the Commissioner and REMAND for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. The Commissioner has indicated that no objections will be filed to the R&R. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby REVERSED, and this matter is REMANDED for further proceedings.

IT IS SO ORDERED.

Dated: October 17, 2022         /s/ John R. Adams
                                JOHN R. ADAMS
                                UNITED STATES DISTRICT JUDGE